# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**STUDENTS FOR LIFE AT EASTERN MICHIGAN UNIVERSITY**, a recognized student organization at Eastern Michigan University,

                Plaintiff,

v.

**FRANCINE PARKER**, et al.,

                Defendants.

Case No. 2:13-cv-11221
Judge Robert H. Cleland
Magistrate Judge Mark A. Randon

ORDER

      Upon review of Plaintiffs' First Amended Complaint (Doc. #11) filed on June 13, 2013, indicating that the following Defendants are no longer parties and notice by Plaintiff that the ECF System did not provide a function to indicate the removal of these defendants during the filing of the amended complaint, the court hereby orders the clerk to mark the following parties as terminated on the docket:

    Latreace Williams
    Bradley Arnold
    Matt Gill
    Andrew Walla
    Elizabeth Burgoon
    Bronson Conrado
    Samantha Baugher
    Jeffrey Howlett
    David Wolf
    Nicole Xu
    Kaitlyn Hill
    Debra Ennis

SO ORDERED this 20th day of June, 2013,

                s/Robert H. Cleland
                JUDGE ROBERT H. CLELAND
                U.S. DISTRICT COURT JUDGE