UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **STUDENTS FOR LIFE AT EASTERN MICHIGAN UNIVERSITY**,<br><br>          Plaintiff,<br>     v.<br><br>**FRANCINE PARKER**, et al.,<br><br>          Defendants. | Case No. 2:13-cv-11221<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice of dismissal, with prejudice, of its complaint against Defendants pursuant to a negotiated settlement agreement. Each party shall bear its own costs. This dismissal terminates the action in its entirety.

Respectfully submitted this 20th day of November, 2013.

| | |
|---|---|
| | /s/David J. Hacker |
| STEVEN M. JENTZEN | DAVID J. HACKER |
| Michigan Bar No. P29391 | California Bar No. 249272 |
| **ATTORNEY AT LAW** | Illinois Bar No. 6283022 |
| 106 S. Washington | **ALLIANCE DEFENDING FREEDOM** |
| Ypsilanti, Michigan 48197 | 101 Parkshore Drive, Suite 100 |
| (734) 482-5466 | Folsom, California 95630 |
| (734) 482-2440 Fax | (916) 932-2850 |
| smj@jentzenlaw.com | (916) 932-2851 Fax |
| | dhacker@alliancedefendingfreedom.org |
| | |
| JEREMY D. TEDESCO | KEVIN H. THERIOT |
| Arizona Bar No. 023497 | Kansas Bar No. 21565 |
| **ALLIANCE DEFENDING FREEDOM** | **ALLIANCE DEFENDING FREEDOM** |
| 15100 N. 90th Street | 15192 Rosewood |
| Scottsdale, Arizona 85260 | Leawood, Kansas 66224 |
| (480) 444-0020 | (913) 685-8000 |
| (480) 444-0028 Fax | (913) 685-8001 Fax |
| jtedesco@alliancedefendingfreedom.org | ktheriot@alliancedefendingfreedom.org |

2

TRAVIS C. BARHAM
Arizona Bar No. 024867
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road NE
Suite D-1100
Lawrenceville, Georgia 30043
(770) 339-0774
(770) 339-6744 Fax
tbarham@alliancedefendingfreedom.org

ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 20th day of November, 2013, a true and accurate copy of the foregoing motion was served by U.S. Mail and electronic mail upon the Defendants' attorney:

> Megan P. Norris
> **MILLER CANFIELD**
> 150 West Jefferson, Suite 2500
> Detroit, Michigan 48226
> norris@millercanfield.com

        /s/David J. Hacker
        David J. Hacker
        *Attorney for Plaintiff*